NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHRISTOPHER GRANTHAM,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5118

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00981-LB, Judge Lawrence J. Block.

———————————

**ON MOTION**

———————————

**O R D E R**

Christopher Grantham moves for a default judgment based on the United States' failure to file a timely informal brief. The United States moves out of time for a 29-day extension of time, until November 20, 2014, to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. The United States' informal brief is due no later than November 20, 2014.

(2) The motion for a default judgment is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25